LAWRENCE COLLINS, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

FRANK O. DUNNING and Others, Appellants, v. BERNARD T. MORAN and Others, Defendants, Impleaded with MARIE GERALDINE MORAN, Respondent.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

RAGNA HASTAD, Appellant, v. ERNEST FINKBEINER, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of CHARLES G. BARRY for Admission to the Bar.  (From the State of Massachusetts.) — Application granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of WILLIAM E. KELLY, County Clerk of Kings County, for an Order Directing the County Clerk of Kings County to Destroy Certain Papers, Books, etc.— Motion to confirm referee's report granted.  Submit order.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of GEORGE W. MARTIN and Others, as County Judges, Respondents, v. JOHN F. HYLAN, as Mayor, and Others, etc., Appellants.— Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

In the Matter of the Application of PATRICK G. McGARRY and Others, Respondents, v. WILLIAM E. WALSH and Others, Appellants.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

In the Matter of the Application of EUGENE McGOVERN for Admission to the Bar.  (From the District of Columbia.) — Application granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Construction of the Last Will and Testament of SYBILLA M. SEIF, Deceased.  JOHN KURSTEINER, Appellant, v. LAURENCE B. HALLERAN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad Ought to Be Constructed and Operated.  Wyckoff Avenue, Long Island Railroad Right-of-Way and East New York Route.  (Route No. 80-B.) — Motion to confirm report of commissioners granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

RAY L. LEVITCH, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.